# United States Bankruptcy Court
## District of Colorado

In re: **Liquid Collective LLC**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Liquid Collective LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Drue A. Moore**
**2 Trafalgar Pl.**
**Durham, NC 27702**

☐ None [*Check if applicable*]

**May 7, 2020**
Date

/s/ Michael J. Davis
**Michael J. Davis 44287**
Signature of Attorney or Litigant
Counsel for **Liquid Collective LLC**
**Davis Law Group LLC**
**2255 Sheridan Blvd**
**St. C272**
**Denver, CO 80214**
**720-361-6036 Fax:720-368-5262**
**mdavis@mjdavislaw.com**