| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Liquid Collective LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ALPS Ventures<br>PO 22140<br>Cheyenne, WY 82003 | | Trade debt | | | | $0.00 |
| HABS GP<br>575 St. Paul<br>Denver, CO 80206 | | Trade debt | | | | $0.00 |
| Milwaukee Brewing Company<br>1128 N. 9th St.<br>Milwaukee, WI 53233 | | Trade debt | | | | $0.00 |
| Namhsuc<br>PO 22140<br>Cheyenne, WY 82003 | | Trade debt | | | | $0.00 |
| R. Scott Brooks<br>575 St. Paul<br>Denver, CO 80206 | | Trade debt | | | | $0.00 |
| Saint 575 LLC<br>c/o Opes Registered Agent Services LLC<br>1942 Broadway Suite 1342 F<br>Boulder, CO 80302 | | Trade debt | | | | $0.00 |
| Teton Global Ventures<br>1623 Central Ave Ste 204<br>Cheyenne, WY 82001 | | Trade debt | | | | $0.00 |
| The Law Office of James O. Houchins<br>PO 40028<br>Austin, TX 78704 | | Legal Services performed | | | | $0.00 |

| Debtor | Liquid Collective LLC | | | Case number *(if known)* | | |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Winthrop Intelligence LLC<br>1623 Central Ave Ste 204<br>Cheyenne, WY 82001** | | **Trade debt** | | | | $0.00 |