# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-13146-KHT |
| LIQUID COLLECTIVE LLC ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## APPLICATION TO EMPLOY BANKRUPTCY COUNSEL

The Debtor, Liquid Collective (the "Debtor"), by and through its counsel, Michael J. Davis of the Davis Law Group LLC ("DLG") , states its Application to Employ Bankruptcy Counsel as follows:

1. The Debtor filed its Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on May 7, 2020 (the "Petition Date").

2. The Debtor continues in possession of its property and is operating and managing its business, as debtor-in-possession, pursuant to Bankruptcy Code §§ 1107 and 1108.

3. The Debtor is a Massachusetts LLC with operations in Denver, Colorado that primarily operates in the Wine and Distilled Beverages business / industry within the Wholesale Trade - Nondurable Goods sector, more specifically launching a brand of alcoholic seltzer branded "Sup!". The Company is 2 years old and has been developing products in the hard seltzer category during that time.

4. The Debtor's bankruptcy filing was prompted by the failure of the producer of the Sup! Product Milwaukee Brewing Company ("MBC") to provide product pursuant to a contract between the Debtor and MBC. The failure to deliver the product has created a dispute which has impacted both the payables and the receivables of the Debtor which needs to be restructured. enforcement of a large judgment by a judgment creditor. Until that restructure occurs, the Debtor needs relied from its current cost structure.

5. In connection with all matters required of the Debtor under the Bankruptcy Code, the Debtor desires to employ the services of DLG, a firm of attorneys admitted to practice in this Court. DLG's offices are located at 730 17th St, 9th Floor, Denver, Colo. 80202.

6. The Debtor has selected DLG for the reason that it has had considerable experience in matters of this character, and the Debtor believes that DLG is well qualified to represent it in this case.

7. The professional services that DLG is to render include:

      a.    To provide the Debtor with legal advice with respect to their powers and duties;

      b.    To aid the Debtor in the development of a plan of reorganization under Chapter 11;

      c.    To file the necessary petitions, pleadings, reports, and actions which may be required under Chapter 11;

      d.    To take necessary actions to enjoin and stay until final decree herein continuation of pending proceedings and to enjoin and stay until final decree herein commencement of lien foreclosure proceedings and all matters as may be provided under 11 U.S.C. § 362; and

      e.    To perform all other legal services for the Debtor which may be necessary herein.

8. It is necessary for the Debtor to employ an attorney for such professional services.

9. To the best of Debtor's and DLG's knowledge, DLG has no connection or relationship with creditors and is disinterested as defined in the Code. See Affidavit of Counsel attached hereto as Exhibit A. DLG does note that it represents Winthrop Intelligence LLC in separate litigation unrelated to this proceeding or Liquid Collective. The preliminary draft of the Schedules and Statement of Financial Affairs have been prepared for both the Debtor and Winthrop which do not show any potential issues between Winthrop and the Debtor.

10. DLG represents no interest adverse to the estate in the matter upon which it is to be engaged for the Debtor, and its employment is in the best interests of the estate.

11. The Debtor desires to employ DLG under a general retainer because of the extensive legal services required. A schedule of the hourly rates currently charged by DLG is attached hereto as Exhibit B.

12. No committee of creditors has been appointed or designated herein, and no notice need be given of the appointment of DLG.

13. DLG was paid a retainer by the Debtor in the amount of $12,000. A separate application is being filed for approval of the retainer on notice to creditors.

WHEREFORE, the Debtor respectfully requests that it be authorized to employ and appoint DLG to represent it as the Debtor and Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code *nunc pro tunc* to the Petition Date, and for such further and additional relief as the Court may deem proper.

Submitted this 8th day of May, 2020.

<u>/s/ Michael J. Davis</u>
Attorneys for Debtor
Michael J. Davis, #44287
Davis Law Group LLC
2255 Sheridan Blvd.
St. C272
Denver, CO 80214
Ph: (720)361-6036
Fax: (720)368-5262
mdavis@mjdavislaw.com

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-13146-KHT |
| LIQUID COLLECTIVE LLC ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## VERIFIED STATEMENT OF ATTORNEY

1. I am the principal of Davis Law Group LLC (the "Firm").

2. The Firm are attorneys and counselors of law duly admitted to the practice of law in the State of Colorado and this Court.

3. The Firm's offices for the practice of law are located at 730 17th Street, 9th Floor, Denver, Colo. with their mailing address being 2255 Sheridan Blvd., St C272, Edgewater, Colo. 80214.

4. The Firm does not represent any party in interest adverse to the interest of the Debtor. The Firm does not represent any creditor, shareholder, officer, or director of the Debtor except as disclosed in the Application with the exception of the Firm representing Winthrop Intelligence LLC in litigation in Colorado Federal Court unrelated to the Debtor. The Firm is disinterested as defined by 11 U.S.C. Section 101(14) and does not have or represent an interest materially adverse to the interest of the estate or of any class of creditors.

5. The Firm is not aware of any other connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as disclosed in the Application.

6. The statements contained in the Application to Employ Bankruptcy Counsel are true and correct to the best of our knowledge and belief.

*/s/ Michael J. Davis*
Michael J. Davis

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-13146-KHT |
| LIQUID COLLECTIVE LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**SCHEDULE OF DLG'S HOURLY RATES**

The professionals' rates for the services referenced in the Application to Employ Bankruptcy Counsel are as follows:

    Michael J. Davis        $375 per hour
    Paralegals                $130 per hour

## CERTIFICATE OF SERVICE

    The undersigned certifies that on May 8, 2020, I served by ECF a copy of the **APPLICATION TO EMPLOY BANKRUPTCY COUNSEL** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Samuel Boughner    Samuel.Boughner@usdoj.gov
US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                */s/ Michael J. Davis*