**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | |
| **LIQUID COLLECTIVE** | Case No. 20-13146-KHT |
| | **Chapter 11** |
| Debtor. | |

**RESPONSE OF PARTIES IN INTEREST SAMUEL C. COPELAND AND WILLIAM A. COPELAND, JR. TO U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT**

Parties in Interest Samuel C. Copeland ("S. Copeland") and William A. Copeland, Jr. ("W. Copeland") respectfully submit this Response to the U.S. Trustee's Motion to Dismiss or Convert (Docket #39)

### Parties In Interest

1. S. Copeland and W. Copeland are creditors of Harvard Cider Company, LLC ("Harvard Cider"), a Massachusetts limited liability corporation. S. Copeland also holds a 25.5% ownership interest in Harvard Cider.

2. Robert Scott Brooks ("S. Brooks"), Winthrop Intelligence, LLC ("Winthrop"), and Winthrop owners Drue Moore ("D. Moore") and Benjamin Moore ("B. Moore") caused the fraudulent conveyance of all assets of Harvard Cider to the Debtor, Liquid Collective, LLC ("Liquid Collective"). Liquid Collective is also a Massachusetts limited liability corporation. See Certificate of Organization attached hereto as Exhibit 1.

### Position of the Parties in Interest

3. The Parties in Interest do not have sufficient information about the Debtor's assets and liabilities to assess whether dismissal or conversion of the case is in their best interests and the best interests of the estate. Accordingly, the Parties in Interest respectfully request that the Court order that the Debtor file the requisite Statement of Financial Affairs and Schedules in order to allow them to determine whether dismissal or conversion is their best interests.

4. The Parties in Interest further respectfully request that the Court enter an Order that any funds designated for the Debtor (or S. Brooks, Winthrop, D. Moore or B. Moore) under the pending agreement between Liquid Collective and Milwaukee Brewing Company be held in escrow pending, at least, the Debtor's filing of the required Statement of Financial Affairs and Schedules and the opportunity for the Parties in Interest to review the Statement and Schedules and make a determination as to whether dismissal or conversion is in their best interests.

WHEREFORE, the Parties in Interest pray that the Court enter an Order: (a) requiring the Debtor to file the required Statement of Financial Affairs and Schedules; and (b) requiring that all funds designated for the Debtor (or S. Brooks, Winthrop, D. Moore or B. Moore) be held in

escrow pending at least the filing of the Statement and Schedules and the opportunity for the Parties in Interest to review them and determine whether dismissal or conversion is in their best interests.

Dated: July 1, 2020

Respectfully submitted,

Davison Law, LLC

By: <u>*/s/Juliet A. Davison*</u>
Juliet A. Davison, Esq.
Davison Law, LLC
PO Box 301087
Boston, MA 02130
Telephone: (617) 345-9990
Email: juliet@davisonlawllc.com

*Attorneys for Parties in Interest
Samuel C. Copeland and
William A. Copeland, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record in this case.

US Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294-1961
Telephone: (303) 312-7230

Robert Samuel Boughner
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294-1961
Telephone: (303) 312-7252
Facsimile: (303) 312-7259
Email: Samuel.Boughner@usdoj.gov

Michael J. Davis
Davis Law Group, LLC
2255 Sheridan Blvd, Suite C272
Edgewater, CO 80214
Telephone: (720) 361-6036
Facsimile: (720) 368-5262
Email: mdavis@mjdavislaw.com
*Attorney for Debtor, Liquid Collective*

Jordan M. Fox
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
Email: jfox@shermanhoward.com
*Attorney for Amy Moore*

Christopher M. Rexroat
Falk Legal Group
1037 North Astor Street
Milwaukee, WI 53202
Telephone: (414) 316-2120
Email: crexroat@falklegal.com
*Attorney for Milwaukee Brewing Company, LLC*

                                                     */s/ Juliet A. Davison*